UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CHESTER WILMS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) NO. 1:05-CV-385 PS |
| CRAIG HANKS, | ) ) ) |
| Respondent. | ) ) |

**OPINION AND ORDER**

Petitioner Chester Wilms submitted a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. The petition must be dismissed because the petitioner previously filed a petition in the Southern District of Indiana challenging this exact conviction under 2:03-cv-88 LJM-WTL. That petition was dismissed with prejudice as untimely and the claims procedurally defaulted.

"A claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed." 28 U.S.C. § 2244(b)(1). Likewise, a claim presented in a second or successive petition that was not presented in the first petition must also be dismissed, unless certain circumstances apply. *See* 28 U.S.C. § 2244(b)(2)(A)-(B). If those circumstances apply, however, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). If the applicant has not sought permission, the district court must dismiss the petition under Section 2244(b)(2). *See Nunez v. United States*, 96 F.3d 990, 991 (7th Cir.1996).

While it is unclear whether the claims raised in this petition are the same as those

raised in the petition in the Southern District of Indiana in cause number 2:03-cv-88 LJM-WTL, the petition still must be dismissed. Even if the petition raises new claims, Wilms has not established that he sought and obtained the approval from the Court of Appeals to proceed on the petition. *See* 28 U.S.C. § 2244(b)(2).

The petition is **DISMISSED,** and the motion to proceed *in forma pauperis* [Doc. 2] is **DENIED**.

**SO ORDERED.**

ENTERED: November 23, 2005

                                       s/ Philip P. Simon
                                       PHILIP P. SIMON, JUDGE
                                       UNITED STATES DISTRICT COURT